IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BARTLETT,<br><br>Defendant. | CASE NO. 8:16CR58<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the ~~Indictment~~ Petition for Warrant for Offender Under Supervision;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant ~~pleads not guilty to all counts of the Indictment~~ waives preliminary hearing.

/s/ mike Bartlett
_____
Defendant

Kelly M. Steenbock
_____
Attorney for Defendant

January 3, 2022
_____
Date

January 3, 2022
_____
Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __3__ day of __January__, 20__22__.

BY THE COURT:

Susan M Bazis
_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT