IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL BARTLETT,<br><br>              Defendant. | **8:16CR58**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on May 18, 2022 regarding Second Amended Petition for Offender Under Supervision [61]. Kelly Steenbock represented the defendant. Kimberly Bunjer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Petition for Offender Under Supervision [40] and Amended Petition for Offender Under Supervision [53]. The government's oral motion to dismiss Petition for Offender Under Supervision [40], and Amended Petition for Offender Under Supervision [53] is granted without objection.

The defendant requested a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The preliminary hearing is scheduled before U.S. Magistrate Judge Susan M. Bazis in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on May 23, 2022

The government moved for detention based upon risk of flight and danger. The defendant requested a continuance of the detention hearing. The detention hearing is continued to U.S. Magistrate Judge Susan M. Bazis in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on May 23, 2022. The defendant will remain detained pending further order of the court.

     **IT IS SO ORDERED**.

Dated this 18th day of May, 2022.

                                                                        BY THE COURT:

                                                                         s/ Michael D. Nelson
                                                                         United States Magistrate Judge