IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | CASE NO. 8:16CR58 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PRELIMINARY HEARING |
| MICHAEL BARTLETT, | |
| Defendant. | |

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

_/s/ Michael Bartlett_
Defendant

May 20, 2022
Date

_/s/ Kelly M. Steenbock_
Attorney for Defendant

May 20, 2022
Date

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and the defendant shall appear for future proceedings.

DATED this 20 day of May, 2022.

BY THE COURT:

_/s/ Susan M. Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT